## IN THE SUPERIOR COURT OF OCONEE COUNTY,

## STATE OF GEORGIA

STATE OF GEORGIA

vs.

MICHAEL CHARLES WARD,
Defendant

\* Case No. 2008-CR-0038-J
\*
\* September Term, 2007
\*
\* Charge(s): Aggravated Stalking
\*
\*
\*
\*
\*
\*
\*
\*

### INDICTMENT

Returned in Open Court

CLERK OF SUPERIOR COURT
OCONEE COUNTY, GEORGIA

FILED FOR RECORD AT 3.15 pm

_____ 25, 20 08

_____ True Bill
_____ Foreperson

Kevin Nolley, Prosecutor

KENNETH W. MAULDIN, District Attorney

*********************************************************************************

### ARRAIGNMENT

The Defendant, _____hereby waives formal

arraignment and pleads_____

This _____ day of _____, 2008

_____          _____
Defendant                                  Attorney for Defendant


_____
KENNETH W. MAULDIN, District Attorney

*********************************************************************************

### VERDICT

We, the jury, find the Defendant_____

_____

This _____ day of _____, 20_____

_____
Foreperson

**GEORGIA, OCONEE COUNTY**

## IN THE SUPERIOR COURT OF SAID COUNTY

The Grand Jurors selected, chosen, and sworn for the County of **OCONEE**, to wit:

I, ___Victor Marlon Doss___, FOREPERSON

| | | | |
|---|---|---|---|
| 2. | Dwayne Joseph Allen | 14. | Kirby Lynn Kilgore |
| 3. | Bernard G. Amiot | 15. | Richard T. Lee |
| 4. | Paul Jackson Brooks | 16. | Barbara Ann Mathers |
| 5. | William Warren Chandler, Sr. | 17. | Michael G. McCurley |
| 6. | Kris H. Christopher | 18. | Gena L. Mulkey |
| 7. | Mark Olex Couvillon | 19. | A. Wayne Nix |
| 8. | Meagan Louise Cundiff | 20. | Philip Gael Rice |
| 9. | Joyce Garland Davis | 21. | Carlton E. Shelton |
| 10. | Linda L. Dottery | 22. | Robert Neil Sutherland |
| 11. | Amrey Harden | 23. | James V. Vaughn |
| 12. | Marshall Andrew Jacobson | 24. | Marcia B. Verbrugge |
| 13. | Sarah Tuck Jennings | 25. | Wendy Denise Wade |

In the name and on behalf of the citizens of the State of Georgia, do hereby charge and accuse **MICHAEL CHARLES WARD** with the offense of **AGGRAVATED STALKING** for that the said **MICHAEL CHARLES WARD** on the 3rd day of December, 2007, in the County aforesaid, in violation of a condition of pretrial release, did contact another person without their consent and for the purpose of harassing and intimidating them, to wit:  did make contact with Cindy Mitchell, without her consent, in violation of a condition of pre-trial release wherein he was ordered to have no contact with her, dated Nov. 6, 2007, from the Magistrate Court of Oconee County, Georgia, by causing to be delivered to her a book ordered from Amazon.com entitled "Redeeming Love"; in violation of O.C.G.A. § 16-5-91, Contrary to the laws of said State.

Contrary to the laws of said State, the good order, peace and dignity thereof.

**Indictment**

Kevin Nolley, Prosecutor

**OCONEE COUNTY SUPERIOR COURT, September Term, 2007**

KENNETH W. MAULDIN, District Attorney