IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MICHAEL CHARLES WARD, | * |
| Plaintiff, | * |
| v. | Case No. 3:21-cv-111-CAR |
| | * |
| JAMES V. CHAFIN, individually, JON R. FORWOOD, individually, KENNETH W. MAULDIN, individually, and JOHN DOES 1-4, individually, | * |
| | * |
| Defendants. | |

## JUDGMENT

Pursuant to the order dated August 11, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Defendants shall also recover costs of this action.

This 11th day of August, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk